IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   1:08-CV-329 |
| 0.74 ACRES OF LAND, MORE OR LESS, SITUATED IN CAMERON COUNTY, TEXAS; AND ESTATE OF MARTINA WEAVER, ET AL., | § § § § § § | |
| *Defendant.* | § | |

_____

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**
_____

Please take notice that the undersigned Assistant United States Attorney, John A. Smith, on behalf of the United States of America, substitutes as attorney-in-charge for the United States of America in this lawsuit, in place of Eric A. Hudson, the current Assistant United States Attorney of record.

                                                  Respectfully submitted,

                                                  **KENNETH MAGIDSON**
                                                  United States Attorney
                                                  Southern District of Texas

By:   *s/ John A. Smith*_____
         **JOHN A. SMITH**
         Assistant United States Attorney
         Southern District of Texas No. 8638
         Texas Bar No. 18627450
         One Shoreline Plaza
         800 North Shoreline Blvd., Suite 500
         Corpus Christi, Texas 78401
         Telephone:  (361) 888-3111
         Facsimile:  (361) 888-3234
         E-mail: john.a.smith@usdoj.gov

## CERTIFICATE OF SERVICE

I, John A. Smith, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on July 24, 2013, I mailed a true and correct copy of the foregoing document via regular mail to the all parties still remaining in this case.

By: *s/ John A. Smith*
**JOHN A. SMITH**
Assistant United States Attorney