# Schedule AA

## SCHEDULE "AA"
## AUTHORITY FOR THE TAKING:

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and is funded by appropriations available to execute the tactical infrastructure program of U.S. Customs and Border Protection.

# Schedule CC

SCHEDULE "CC"
LEGAL DESCRIPTION

Cameron County, Texas

Tract: RGV-HRL-2001     Owner: Estate of Tomas Weaver, Et Al.     Acreage: 0.350

OF 0.350 ACRES OF LAND BEING OUT OF THE CONCEPCION DE CARRICITOS GRANT, CAMERON COUNTY, TEXAS AND BEING A PORTION OF A CALLED 27.13 ACRE TRACT OF LAND, AND THE REMAINING PORTION OF A CALLED 104.4 ACRE TRACT OF LAND, AS CONVEYED FROM LON G. HILL TO THOMAS WEAVER ET AL BY WARRANTY DEED DATED JUNE 03, 1909 AND RECORDED JUNE 04, 1909 IN SUP. T, PAGE 155, OF THE CAMERON COUNTY DEED RECORDS; SAID 0.350 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS WITH ALL BEARINGS BEING REFERENCED TO THE NORTH AMERICAN DATUM 1983 (NAD83), TEXAS COORDINATE SYSTEM, SOUTH ZONE; ALL DISTANCES ARE NAD83 US SURVEY FEET GROUND AND MAY BE CONVERTED TO GRID BY MULTIPLYING BY A COMBINED SCALE FACTOR OF 1.0000400:

**BEGINNING** AT A SET 5/8-INCH IRON ROD WITH BPI CAP, ON THE WEST LINE OF SAID 27.13 ACRE TRACT AND ALSO BEING ON THE EAST LINE OF SPARKS FAMILY PARTNERSHIP LTD. TRACT II AS RECORDED IN VOLUME 3192, PAGE 304 OF THE CAMERON COUNTY DEED RECORDS; SAID POINT HAVING A NAD83 GRID COORDINATE OF N = 16,543,859.47, E = 1,222,989.02; SAID POINT LIES ON THE NORTH SIDE OF THE IBC LEVEE AND BEING THE SOUTHWESTERLY CORNER OF THE HEREIN DESCRIBED TRACT; FROM WHICH A FOUND 5/8-INCH IRON ROD BEARS N 02° 46' 43" W, A DISTANCE OF 22.84 FEET;

**THENCE**, N 00° 26' 03" W, 23.59 FEET ALONG THE WEST LINE OF SAID 27.13 ACRE TRACT AND THE EAST LINE OF SAID SPARKS TRACT, TO A SET 5/8-INCH IRON ROD WITH BPI CAP MARKING THE SOUTHWESTERLY CORNER OF THAT CERTAIN 2.57 ACRE TRACT CONVEYED TO TONY WEAVER AND OLGA WEAVER BY DEED OF RECORD IN VOLUME 15373, PAGE 146 OF SAID CAMERON COUNTY DEED RECORDS FOR THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

**THENCE**, N 81° 01' 34" E, 530.10 FEET ALONG THE SOUTHERLY LINE OF SAID TONY WEAVER AND OLGA WEAVER TRACT, BEING THE NORTHERLY LINE OF THE HEREIN DESCRIBED TRACT TO A SET 5/8-INCH IRON ROD WITH BPI CAP FOR THE NORTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

FROM WHICH A FOUND 5/8-INCH IRON ROD BEARS S 44° 48' 34" W, A DISTANCE OF 6.44 FEET; SAID POINT ALSO BEING THE NORTHWEST CORNER OF THE MORENO TRACT 1B, AS RECORDED IN VOLUME 2423, PAGE 57 OF THE CAMERON COUNTY DEED RECORDS;

**THENCE**, S 27° 12' 44" E, 38.97 FEET, ALONG THE EAST LINE OF THE HERIEN DESCRIBED TRACT AND THE WEST LINE OF SIAD MORENO TRACT, TO A SET 5/8-INCH IRON ROD WITH BPI CAP FOR THE SOUTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

**THENCE**, CROSSING SAID TOMAS WEAVER ET AL TRACT, ALONG THE MEANDERS OF THE NORTH TOE OF THE IBC LEVEE AS FOLLOWS:

> S 82° 57' 20" W, 401.14 FEET, TO A SET 5/8-INCH IRON ROD WITH BPI CAP FOR CORNER;
>
> S 81° 05' 45" W, 144.89 FEET, TO THE **POINT OF BEGINNING**, CONTAINING 0.350 ACRES (15,259 SQUARE FEET) OF LAND, MORE OR LESS.

Tract: RGV-HRL-2001

# Schedule DD

## SCHEDULE "DD"



**LAND TO BE CONDEMNED**

Tract: RGV-HRL-2001
Owner: Estate of Tomas Weaver, Et Al.
Acres: 0.350
Cameron County, Texas

# Schedule CC

## SCHEDULE "CC"
## LEGAL DESCRIPTION

Cameron County, Texas

Tract: RGV-HRL-2028 (formerly a part of Tract RGV-HRL-2001)
Owner: Tony Weaver and wife, Olga Weaver
Acreage: 0.385

DESCRIPTION OF 0.385 ACRES OF LAND BEING OUT OF THE CONCEPCION DE CARRICITOS GRANT, CAMERON COUNTY, TEXAS AND BEING A CALLED 2.57 ACRE TRACT OF LAND, AS CONVEYED FROM DICK WEAVER AND MARIA LUISA WEAVER TO TONY WEAVER AND OLGA WEAVER BY GIFT DEED WITHOUT WARRANTY DATED APRIL 25, 2008 AND RECORDED SEPTEMBER 2, 2008 IN VOLUME 15373, PAGE 146, OF THE CAMERON COUNTY DEED RECORDS; SAID 0.385 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS WITH ALL BEARINGS BEING REFERENCED TO THE NORTH AMERICAN DATUM 1983 (NAD83), TEXAS COORDINATE SYSTEM, SOUTH ZONE; ALL DISTANCES ARE NAD83 US SURVEY FEET GROUND AND MAY BE CONVERTED TO GRID BY MULTIPLYING BY A COMBINED SCALE FACTOR OF 1.0000400:

**BEGINNING** AT A SET 5/8-INCH IRON ROD WITH BPI CAP, ON THE EAST LINE OF SPARKS FAMILY PARTNERSHIP LTD. TRACT II AS RECORDED IN VOLUME 3192, PAGE 304 OF THE CAMERON COUNTY DEED RECORDS; SAID POINT HAVING A NAD83 GRID COORDINATE OF N = 16,543,883.06, E = 1,222,988.86; SAID POINT BEING THE SOUTHWESTERLY CORNER OF THE HEREIN DESCRIBED TRACT; FROM WHICH A FOUND 1/2-INCH IRON ROD BEARS S 49° 49' 02" W, A DISTANCE OF 1.22 FEET;

**THENCE**, N 00° 26' 03" W, 36.91 FEET ALONG THE WEST LINE OF SAID 2.57 ACRE TRACT AND THE EAST LINE OF SAID SPARKS TRACT, TO A SET 5/8-INCH IRON ROD WITH BPI CAP MARKING THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

**THENCE**, LEAVING THE EAST LINE OF SAID SPARKS TRACT, INTO AND ACROSS SAID 2.57 ACRE TRACT, THE FOLLOWING COURSES:

N 81° 01' 50" E, 136.91 FEET TO A SET 5/8-INCH IRON ROD WITH BPI CAP;

N 82° 57' 20" E, 391.75 FEET TO A SET 5/8-INCH IRON ROD WITH BPI CAP FOR THE NORTHEAST CORNER OF THE HEREIN DESCRIBED TRACT; SAID POINT BEING IN THE WESTERLY LINE OF THAT CERTAIN TRACT 2A CONVEYED TO CATARINA WEAVER CAVAZOS BY DEED OF RECORD IN VOLUME 2423, PAGE 57 OF SAID CAMERON COUNTY DEED RECORDS;

**THENCE,** S 00° 20' 35" W, 23.61 FEET ALONG THE WESTELRY LINE OF SAID TRACT 2A, BEING THE EASTERLY LINE OF SAID 2.57 ACRE TRACT AND THE HEREIN DESCRIBED TRACT TO A SET 5/8-INCH IRON ROD WITH BPI CAP; FROM WHICH A FOUND 1/2-INCH IRON ROD BEARS S 44° 48' 34" W, 6.44 FEET;

**THENCE,** S 81° 01' 34" W, 530.10 FEET ALONG THE SOUTHERLY LINE OF SAID 2.57 ACRE TRACT, BEING THE SOUTHERLY LINE OF THE HEREIN DESCRIBED TRACT TO THE **POINT OF BEGINNING,** CONTAINING 0.385 ACRES (16,758 SQUARE FEET) OF LAND, MORE OR LESS.

Tract: RGV-HRL-2028 (formerly a part of Tract RGV-HRL-2001)

# Schedule DD

## SCHEDULE "DD"



**LAND TO BE CONDEMNED**

Tract: RGV-HRL-2028 (formerly a part of Tract RGV-HRL-2001)
Owner: Tony Weaver and wife, Olga Weaver
Acres: 0.385
Cameron County, Texas

# Schedule EE

# SCHEDULE "EE"
# ESTATE TAKEN

## FEE, EXCLUDING MINERALS

Cameron County, Texas

Tract: RGV-HRL-2001
Owner: Heirs of Tomas Weaver, deceased
Acres: 0.350

    The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines. The estate taken is made subject to a dominant easement appurtenant for access in common with others (including the United States) at the location depicted on the map attached as Exhibit A ("Easement Appurtenant"). The Easement Appurtenant provides Owner with a right of way from U.S. Highway 281; along Yellow Barn Road, identified on Exhibit A as Tract RGV-HRL-2000E-1; to and across lands acquired for border barrier purposes, including the right to pass at all times through an opening in the border barrier or gate, then along the southern boundary of lands acquired for border barrier purposes, at least 10 feet in width, and not improved with the border barrier, to Owner's land lying south of the border barrier. The Easement Appurtenant shall run with title to that real estate of the Owner lying between the Rio Grande River and the border barrier that would benefit from a right of way.

    The estate taken excepts and excludes all interests in minerals and in water distribution and drainage systems, provided that any surface rights arising from the excluded interests in water distribution and drainage systems are subordinated to the construction, operation, and maintenance of the border barrier.

    The Easements Appurtenant reserved to the landowner(s) and their successors and assigns to travel across and along the crown of the IBWC levee, if any, is made subject to the operational needs of the United States, through the International Boundary and Water Commission, for constructing, operating, and maintaining suitable levees and for flood control purposes.

EXHIBIT "A"



Tract: RGV-HRL-2001
Owner: Estate of Tomas Weaver, Et Al.
Cameron County, Texas

# Schedule EE

# SCHEDULE "EE"
# ESTATE TAKEN

## FEE, EXCLUDING MINERALS

Cameron County, Texas

Tract: RGV-HRL-2028 (formerly a part of Tract RGV-HRL-2001)
Owner: Tony Weaver and wife, Olga Weaver
Acres: 0.385

    The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines. The estate taken is made subject to a dominant easement appurtenant for access in common with others (including the United States) at the location depicted on the map attached as Exhibit A ("Easement Appurtenant"). The Easement Appurtenant provides Owner with a right of way from U.S. Highway 281; along Yellow Barn Road, identified on Exhibit A as Tract RGV-HRL-2000E-1; to and then along the southern boundary of lands acquired for border barrier purposes, at least 10 feet in width, and not improved with the border barrier, to Owner's land lying north of the border barrier. The Easement Appurtenant shall run with title to that real estate of the Owner lying between the Rio Grande River and the border barrier that would benefit from a right of way.

    The estate taken excepts and excludes all interests in minerals and in water distribution and drainage systems, provided that any surface rights arising from the excluded interests in water distribution and drainage systems are subordinated to the construction, operation, and maintenance of the border barrier.

    The Easements Appurtenant reserved to the landowner(s) and their successors and assigns to travel across and along the crown of the IBWC levee, if any, is made subject to the operational needs of the United States, through the International Boundary and Water Commission, for constructing, operating, and maintaining suitable levees and for flood control purposes.

EXHIBIT "A"



Tract: RGV-HRL-2028 (formerly a part of Tract RGV-HRL-2001)
Owner: Tony Weaver and wife, Olga Weaver
Acres: 0.385

# Schedule GG

# SCHEDULE "GG"
## NAMES AND ADDRESSES OF INTERESTED PARTIES:

Tony Weaver and Wife, Olga Weaver
███████████
Brownsville, TX 78520
Or
███████████
La Feria, TX 78559

Tony Yzaguirre, Jr.
Cameron County Tax Assessor-Collector
Cameron County Courthouse Admin Building
964 East Harrison Street
Brownsville, TX 78522-0952

Unknown Heirs of Tomas Weaver
Address Unknown

Unknown Heirs of Robert Weaver
Address Unknown

Unknown Heirs of Enrique Weaver
Address Unknown

Unknown Heirs of Andres Weaver
Address Unknown

Unknown Heirs of Margarita Weaver
Address Unknown